# United States District Court
# Central District of California
# Western Division

UNITED STATES OF AMERICA,

Plaintiff,

v.

SIMON LOPEZ, JR.,

Defendant.

CR 09-01308 TJH

# Amended Order

The Court has considered Defendant's two motions – Docket Items 67 and 68 – for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines Manual § 2D1.1 (2014) ("USSG"), together with the moving papers.

USSG § 1B1.10(b) "prohibits a court from reducing a defendant's sentence to a term that is less than the minimum of the amended guidelines range, except in the case of a defendant who originally received a below-guidelines sentence based on substantial assistance to the government." *See United States v. Davis*, 739 F.3d 1222, 1224-26 (9th Cir. 2014).   Here, Defendant received a downward departure or variance that resulted in a sentence below the low end of the post-Amendment 782 Guidelines range, but Defendant did not provide substantial assistance to the government.   Therefore,

Defendant is not entitled to a sentence reduction.

Because there is no statutory or constitutional right to counsel for a § 3582(c) motion, and because Defendant's motion lacks merit, the Court declines to appoint counsel. *See United States v. Townsend*, 98 F.3d 510, 512-13 (9th Cir. 1996).

Accordingly,

It is Ordered that Defendant's motions for sentence reduction be, and hereby are, Denied.

Date: February 2, 2017

Terry J. Hatter, Jr.
Senior United States District Judge